ANDREW L. PACKARD (State Bar No. 168690)
ERIK M. ROPER (State Bar No. 259756)
HALLIE B. ALBERT (State Bar No. 258737)
Law Offices of Andrew L. Packard
100 Petaluma Boulevard N., Suite 301
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (415) 763-9227
E-mail: andrew@packardlawoffices.com
        erik@packardlawoffices.com
        hallie@packardlawoffices.com

ROBERT J. TUERK (State Bar No. 255741)
Jackson & Tuerck
P.O. Box 148
429 W. Main Street, Suite C
Quincy, CA  95971
Tel: (530) 283-0406
Fax: (530) 283-0416
E-mail: bob@jacksontuerck.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>            Plaintiff,<br><br>     vs.<br><br>VALLEY SLURRY SEAL COMPANY, a California corporation,<br><br>            Defendant. | Case No. 2:10-cv-03064-GEB-JFM<br><br>STIPULATION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT; ORDER THEREON<br><br>Judge: Hon. Garland E. Burrell, Jr. |

WHEREAS, Plaintiff California Sportfishing Protection Alliance ("Plaintiff" or "CSPA") filed its Complaint in this action on November 15, 2010;

WHEREAS, Mr. Terry Uhler ("Mr. Uhler") is the manager of the facility at issue in this action and that in this capacity he directs the operations and maintenance of the facility, including Defendant Valley Slurry Seal Company's management of storm water at the facility;

WHEREAS, on or about November 8, 2010, Plaintiff provided notice of Mr. Uhler's alleged violations of the Federal Water Pollution Control Act ("Clean Water Act" or "Act") ("Clean Water Act Notice"), and of its intention to file suit against Mr. Uhler to the Administrator of the United States Environmental Protection Agency ("EPA"); the Administrator of EPA Region IX; the Executive Director of the State Water Resources Control Board; the Executive Officer of the Regional Water Quality Control Board, Central Valley Region; and to Mr. Uhler via Certified Mail, as required by the Act, 33 U.S.C. § 1365(b)(1)(A);

WHEREAS, the 60-day statutory notice period of the Clean Water Act Notice expired on or about January 7, 2011;

WHEREAS, Plaintiff has provided Defendant herein a proposed First Amended Complaint (attached herein as **Exhibit A**) which adds Mr. Uhler as a Defendant subject to the Clean Water Act-related claims contained therein;

THEREFORE, IT IS HEREBY STIPULATED by and among Plaintiff and Defendant, in the interest of judicial economy:

A.  That Plaintiff shall be permitted to file its proposed First Amended Complaint adding Mr. Uhler as a defendant on January 10, 2010, or as soon thereafter as may be convenient for Plaintiff.

B.   Defendants' response to the First Amended Complaint shall be electronically filed not later than twenty-one (21) days after Plaintiff files its First Amended Complaint.


Dated: January 10, 2011                    Respectfully submitted,
                                           LAW OFFICES OF ANDREW L. PACKARD


                                           By: **/s/ Erik Roper**
                                               ERIK M. ROPER
                                               Attorneys for Plaintiff
                                               CALIFORNIA SPORTFISHING
                                               PROTECTION ALLIANCE

1 | Dated: January 10, 2011

ALTEMUS & WAGNER

By: **/s/ Stewart C. Altemus**
STEWART C. ALTEMUS
(As authorized on January 10, 2011)
Attorneys for Defendant
VALLEY SLURRY SEAL COMPANY

# ORDER

Pursuant to Stipulation, and good cause appearing, it is ORDERED that Plaintiff is granted leave to file its proposed First Amended Complaint on January 12, 2011, or as soon thereafter as may be convenient for Plaintiff.

Date: **1/11/2011**

_____
GARLAND E. BURRELL, JR.
United States District Judge