1  **ALTEMUS & WAGNER**
   ATTORNEYS AT LAW
2  1255 SACRAMENTO STREET, REDDING, CALIFORNIA 96001
     TELEPHONE: (530) 242-8800  FAX: (530) 242-8900
3
   STEWART C. ALTEMUS (SBN 98746)
4  Attorneys for Defendants VALLEY SLURRY SEAL COMPANY and
   TERRY UHLER
5
6                    UNITED STATES DISTRICT COURT
7                   EASTERN DISTRICT OF CALIFORNIA
8
   CALIFORNIA SPORTFISHING              Case  No. 2:10-cv-03064-KJM-JFM
9  PROTECTION ALLIANCE,
                                        DEFENDANTS' *AMENDED* REQUEST
10           Plaintiff,                 TO APPEAR TELEPHONICALLY AT
                                        INITIAL STATUS CONFERENCE and
11  vs.                                 ORDER THEREON
12  VALLEY SLURRY SEAL COMPANY,         Date:   April 20,  2011
    et al,                              Time:   10:00 a.m.
13                                      Dept:   3
             Defendants.                Judge: Kimberly J. Mueller
14  _____/
15
16
17       Defendants, VALLEY SLURRY SEAL COMPANY and TERRY UHLER, by and through

    their attorney, Stewart C. Altemus, request permission to appear telephonically at the Initial Status
18
    Conference on April 20, 2011, at 10:00 a.m. in Courtroom 3 before the Honorable  Kimberly J.
19
    Mueller, Judge Presiding.
20
         This request is made on the following grounds:
21
         The attorney for the Defendants Stewart C. Altemus, has been diagnosed with tonsil cancer
22
    and has undergone three surgeries since February 10, 2011.  On March 18, 2011 he began intensive
23
    chemotherapy and radiation treatments.  His chemotherapy treatments are every Monday from 6:30
24
    a.m. until 3:00 p.m. following by a one hour radiation treatment.  From Tuesday through Friday of
25
    each week he has radiation treatments commencing at 8:00 a.m. until approximately 9:00 a.m.  These
26
    treatments will be on-going through at least May of 2011.  Mr. Altemus's  physicians have advised
27
28

ALTEMUS & WAGNER
1255 Sacramento Street
Redding, California 96001
TEL:  530-242-8800
FAX:  530-242-8900

1  him that he will be unable to work until at least mid-June, 2011 as a result of his illness and

2  chemotherapy and radiation treatments.  Due to Mr. Altemus's illness and his chemotherapy and

3  radiation treatments, he would be unable to be personally present at the hearing on April 20, 2011.

4          Additionally, Mr. Altemus's partner, Darryl Wagner, passed away in May of last year.  Mr.

5  Altemus is now a sole practitioner and does not have anyone else that can personally appear for him

6  at the hearing on April 20, 2011. He, therefore, respectfully requests that he be allowed to appear

7  telephonically.

8          The direct telephone number for Stewart C. Altemus is (530) 242-8800.

9  Dated: April 5, 2011.                          ALTEMUS & WAGNER

10                                                 /s/ Stewart C. Altemus
                                                   Attorney for Defendants

11

12                                         **ORDER**

13

14      IT IS HEREBY ORDERED that Stewart C. Altemus be and is  hereby allowed to appear

15   telephonically at the Initial Status Conference on April 20, 2011, at 10:00 a.m. in Department 3 of

16  this Court.  Mr. Altemus shall obtain information from the Courtroom Deputy Clerk in advance of

17  the hearing, regarding the procedures for appearing telephonically.

18          Dated:  April 6, 2011.

19

20                                                 UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

ALTEMUS & WAGNER
1255 Sacramento Street
Redding, California 96001
TEL: 530-242-8800
FAX: 530-242-8900