ANDREW L. PACKARD (State Bar No. 168690)
ERIK M. ROPER (State Bar No. 259756)
HALLIE B. ALBERT (State Bar No. 258737)
Law Offices of Andrew L. Packard
100 Petaluma Blvd. N., Suite 301
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (415) 763-9227
E-mail: andrew@packardlawoffices.com
        erik@packardlawoffices.com
        hallie@packardlawoffices.com

ROBERT J. TUERCK (State Bar No. 255741)
Jackson & Tuerck
P.O. Box 148
429 W. Main Street, Suite C
Quincy, California 95971
Tel: (530) 283-0406
E-mail: bob@jacksontuerck.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation;<br><br>Plaintiff,<br><br>vs.<br><br>VALLEY SLURRY SEAL COMPANY, a California corporation, and TERRY UHLER, an individual,<br><br>Defendants. | Case No. 2:10-CV-03064-KJM-JFM<br><br>PLAINTIFF'S ADMINISTRATIVE REQUEST TO APPEAR BY TELEPHONE AT INITIAL STATUS CONFERENCE; AND, ORDER THEREON<br><br>Date: April 20, 2011<br>Time: 10:00 a.m.<br>Dept.: 3<br>Judge: Hon. Kimberly J. Mueller |

Request is hereby made that counsel for Plaintiff California Sportfishing Protection Alliance be permitted to appear telephonically at the initial status conference scheduled for April 20, 2011 at 10:00 a.m. in this matter.

This request is made to minimize legal fees and costs.  The offices of Plaintiff's lead counsel are in Petaluma, California, some 90 miles from the courthouse; consequently, travel time to and from the Court, including parking would require approximately three and one half hours.  In addition, to avoid fees for counsel's travel time, appearance by phone will avoid costs in the form of mileage charges and tolls.  Finally, appearance by phone will reduce the carbon footprint of the initial status conference.

Counsel for Plaintiff, Erik M. Roper, may be reached at (510) 219-2386 on the date of the initial status conference.

Dated: April 7, 2011                     Respectfully Submitted,

                                         LAW OFFICES OF ANDREW L. PACKARD


                                         By:    __//s//_ Erik M. Roper_____
                                                Erik M. Roper
                                                Attorneys for Plaintiff
                                                CALIFORNIA SPORTFISHING
                                                PROTECTION ALLIANCE

**ORDER**

Good cause appearing therefor, and in light of the court's approval of defense counsel's request for telephonic appearance, Plaintiff's administrative request to appear by telephone at the initial status conference scheduled for April 20, 2011, at 10:00 a.m., is GRANTED.

Dated:  April 19, 2011.

_____
UNITED STATES DISTRICT JUDGE