IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE,

    Plaintiff,                                   No. CIV 2:10-cv-3064-KJM-JFM

   vs.

VALLEY SLURRY SEAL CO., *et al.*,

    Defendant.                                   <u>ORDER</u>

_____/

        On April 19, 2012, the court held a status conference in this matter. Andrew Packard and Erik Roper appeared for plaintiff. Stewart Altemus appeared for defendant. At the hearing, counsel for plaintiff requested a modification to the scheduling order issued by the district judge assigned to this case. Plaintiff's counsel made his request in the wrong court. Accordingly, IT IS HEREBY ORDERED that plaintiff's request for a modification is denied without prejudice.

DATED: April 24, 2012.

                                      UNITED STATES MAGISTRATE JUDGE

/014;cali3064.oah

1