UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,

        Plaintiff,

    v.

VALLEY SLURRY SEAL COMPANY, a California corporation, and TERRY UHLER, an individual,

        Defendants.
_____/

NO. CIV. S-10-3064 KJM-JFM

ORDER AND ORDER TO SHOW CAUSE

    Plaintiff has noticed a motion to continue the date and deadlines in the pretrial scheduling order, to be heard June 8, 2012.  Defendant has not filed an opposition or statement of non-opposition as required by the local rules.  Local Rule 230(c).

    IT IS THEREFORE ORDERED that:

    1. The motion to continue all dates is submitted on the pleadings; and

    2. Counsel for defendants shall show cause within seven days of the date of this order why he should not be sanctioned in the amount of $250 for his failure to respond to plaintiff's motion.

DATED: June 4, 2012.

_____
UNITED STATES DISTRICT JUDGE