IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE,

      Plaintiff,   No. CIV 2:10-cv-3064-KJM-JFM

  vs.

VALLEY SLURRY SEAL CO., *et al.*,

      Defendant.   <u>ORDER</u>

      On July 26, 2012 the court held a hearing on plaintiff's April 23, 2012 motion to compel. Erik Michael Roper appeared for plaintiff. Stewart Altemus appeared for defendants. At issue are defendants' responses to plaintiff's June 2, 2011 discovery requests. Specifically, plaintiff is dissatisfied with defendants' responses to plaintiff's Requests for Admission Nos. 2, 3, 4, 6, 9, 10, 11-13 and 15; Interrogatory Nos. 3 and 7; and Requests for Production of Documents Nos. 1, 25 and 30. On review of the joint discovery statement and discussion of counsel, and good cause appearing therefor, the court will partially grant plaintiff's motion to compel.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's April 23, 2012 motion to compel is partially granted.

1. Within fifteen (15) days from the date of this order, defendants shall supplement their response to Interrogatory No. 3.

2  Within thirty (30) days from the date of this order, defendants shall produce the 2002 Storm Water Pollution Prevention Plan with accompanying maps, tables and exhibits.

3. Plaintiff's motion is denied as to all the other discovery requests.

4. Plaintiff's motion for sanctions is denied.

DATED: August 1, 2012.

UNITED STATES MAGISTRATE JUDGE

/014;cali3064.disc2